UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MIRANDA, | Case No.: 1:21-cv-1763 JLT HBK |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR COURT FEES |
| v. | |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, | (Doc. 6) |
| Defendant. | |

  Raymond Miranda is incarcerated at Corcoran State Prison. He asserts that he did not receive economic impact payments to which he was entitled, including under the Coronavirus Aid, Relief, and Economic Security Act; the Consolidated Appropriations Act; and the American Rescue Plan Act of 2021. (*See* Doc. 1 at 3-4; Doc. 6 at 1.)

  On December 28, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* in this action, ordering the withdrawal of funds from Plaintiff's prison trust account when it exceeds the amount of $10.00, until the statutory filing fee of $350.00 is paid in full. (Doc. 3.) Plaintiff now requests that he receive an award of Court costs, in the amount of $365, "for having to pay for court fees." (Doc. 6.)

  Because Plaintiff's complaint has not been served and the action has yet to be litigated, Plaintiff's request is premature. Moreover, it is unclear at this time whether the Court has jurisdiction over the matter and may grant the relief requested in Plaintiff's complaint. Consequently, Plaintiff's

1

1 | request for an award of Court fees (Doc. 6) is **DENIED**.

3 | IT IS SO ORDERED.

4 | Dated:   **January 6, 2023**

*[Signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE